COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Ernisha Blackmon v. Houston Federal Credit Union

Appellate case number:   01-21-00366-CV

Trial court case number:  19-CCV-065308

Trial court:             County Court at Law No. 5 of Fort Bend County

Appellant has filed a request to dismiss the case and remove the debt from her credit report or reduce the debt to zero. The Court requires clarification to rule on this motion.

When appellant asks this Court to "dismiss the case," it is unclear whether she is asking this Court to dismiss the appeal or to dismiss the trial court case. This Court cannot dismiss the trial court case unless this disposition is agreed upon by both parties. *See* TEX. R. APP. P. 42.1(a)(2)(B). Appellant also asks this Court to "have Houston Federal Credit Union remove this debt from my credit report as soon as possible or have the balance at $0." This Court reviews trial court judgments and does not order other parties to perform tasks such as that requested in appellant's motion.

Accordingly, the Court requests clarification from appellant in the form of a response, to be filed **within 10 days**, concerning whether she wishes to dismiss her appeal. If no response is filed, the Court will deny appellant's request.

The deadline to file appellee's brief will be extended **30 days from the current deadline**. Therefore, appellee's motion for extension filed on January 3, 2021 is **dismissed as moot**.

It is so ORDERED.


Judge's signature: ____/s/ Richard Hightower_____
                    ☑ Acting individually     ☐ Acting for the Court


Date:  __January 4, 2022_____